**Electronically Filed**
**Supreme Court**
**SCEC-22-0000504**
**09-SEP-2022**
**08:26 AM**
**Dkt. 39 ODMR**

SCEC-22-0000504

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GARY A. CORDERY; and GROUP OF 30 INDIVIDUAL REGISTERED VOTERS,
Plaintiffs,

vs.

STATE OF HAWAIʻI OFFICE OF ELECTIONS,
Defendant.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the motion for reconsideration of the August 29, 2022 Findings of Fact, Conclusions of Law, and Judgment, which was filed on September 1, 2022, and the record, including Plaintiff Gary A. Cordery's letters filed after the motion for reconsideration, this court has not overlooked or misapprehended points of law or fact. <u>See</u> Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40(b). Accordingly, it is ordered that the motion for reconsideration is denied.

It is further ordered that Plaintiffs' second request for an oral hearing pursuant to HRAP Rule 34(c) is also denied.

DATED: Honolulu, Hawaiʻi, September 9, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

